E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KEITH D. ELLISON (Cal. Bar No. 307070)
GREGG E. MARMARO (Cal. Bar No. 338627)
KELLY LAROCQUE (Cal. Bar No. 337912)
Assistant United States Attorneys
        1400/1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: 213-894-6920/8500/3308
        Facsimile: 213-894-0142
        E-mail:     keith.ellison2@usdoj.gov
                    gregg.marmaro@usdoj.gov
                    kelly.larocque@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>JOSE LANDA-RODRIGUEZ, et al.,<br>[#15-DAVID DIAZ]<br><br>             Defendant. | No. 2:18-CR-00173(A)-GW-15<br><br>[PROPOSED] JOINT STATEMENT OF THE CASE (PRE-VOIR DIRE)<br><br>Trial Date: May 2, 2023<br>Trial Time: 8:30 a.m.<br>Location: Courtroom of the Hon.<br>          George H. Wu |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Keith D. Ellison, Gregg E. Marmaro, and Kelly Larocque, and defendant David Diaz ("defendant"), by and through his counsel of record, Jeremy I.

///

///

Lessem, hereby submit their revised Proposed Joint Statement of the Case to be read to the jury panel before voir dire.

Dated: April 25, 2023          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


 /s/ Keith D. Ellison
KEITH D. ELLISON
GREGG E. MARMARO
KELLY LAROCQUE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: April 25, 2023          /s/ via email authorization
JEREMY I. LESSEM
Attorney for Defendant
DAVID DIAZ

## **JOINT STATEMENT OF THE CASE (Pre-Voir Dire)**

Defendant David Diaz is charged with violations of federal criminal law, including racketeering on behalf of the Mexican Mafia. In particular, the First Superseding Indictment (the "Indictment") alleges that Defendant Diaz would carry out the orders and business of the Mexican Mafia in furtherance of its criminal activities, including extortion and the sale of controlled substances, and would engage in acts of violence outside of the Los Angeles County Jail System on behalf of the Mexican Mafia.  The Indictment further alleges that Defendant Diaz, in the course of that conduct, conspired to commit a kidnapping.  The Indictment is not evidence.  Defendant Diaz has entered a plea of not guilty to each of the charges against him and is presumed innocent.